AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **6:23-CV-00446-FB**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Autel Robotics USA, LLC**
was recieved by me on  **7/07/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **REGISTERED AGENTS, INC.**, who is designated by law to accept service of process on behalf of **Autel Robotics USA, LLC** at **5900 Balcones Drive SUITE 100, Austin, TX 78731** on **07/10/2023 at 1:57 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 83.50** for services, for a total of **$ 83.50**.

I declare under penalty of perjury that this information is true.

Date:   07/11/2023

*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to REGISTERED AGENTS, INC. with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 80-120 lbs.  Brittany Buzzbee, Intake Agent**



Tracking #: **0109963345**

