IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WILDCAT LICENSING LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>AUTEL INTELLIGENT TECHNOLOGY CO., LTD. and AUTEL ROBOTICS USA, LLC,<br><br>　　*Defendants*. | CASE NO. 6:23-cv-00446-FB<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT AUTEL INTELLIGENT TECHNOLOGY CO., LTD. WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Wildcat Licensing LLC hereby dismisses its Complaint against Defendant Autel Intelligent Technology Co., Ltd. ("Autel ITC") without prejudice. Autel ITC has not filed an answer to the Complaint nor a motion for summary judgment as to these claims. Plaintiff maintains its allegations against Defendant Autel Robotics USA, LLC as set out in Plaintiff's Original Complaint (Dkt. 1).

DATED: July 20, 2023

Respectfully submitted,

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2023, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                           */s/ Andrew G. DiNovo*
                                           Andrew G. DiNovo