AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

WILDCAT LICENSING LLC )
*Plaintiff* )
v. ) Case No.  6:23-cv-00446--FB
AUTEL INTELLIGENT TECHHNOLOGY CO., LTD. et al )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AUTEL ROBOTICS USA, LLC.

Date: 07/31/2023

/s/ Geoff Culbertson
*Attorney's signature*

Geoffrey P. Culbertson - TBN: 24045732
*Printed name and bar number*
Patton Tidwell & Culbertson, LLP
2800 Texas Blvd.
PO Box 5398
Texarkana, TX 75503
*Address*

gpc@texarkanalaw.com
*E-mail address*

(903) 792-7080
*Telephone number*

(903) 792-8233
*FAX number*