**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WILDCAT LICENSING LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. WA-23-CA-446-FB** |
| | ) | |
| **AUTEL ROBOTICS USA, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**TO EXTEND TIME TO RESPOND TO COMPLAINT**

Before the Court is Defendant Autel Robotics USA, LLC's Unopposed Motion to Extent Time to Respond to Plaintiff's Complaint. (Docket no. 9.) After careful consideration, the Court is of the opinion that Defendant has shown good cause to extend the deadline. The motion shall be granted.

IT IS THEREFORE ORDERED that Autel Robotics USA, LLC's Unopposed Motion to Extent Time to Respond to Plaintiff's Complaint (docket no. 9) is GRANTED such that the deadline for Defendant to respond to Plaintiff's Original Complaint (docket no. 1) is extended to **September 14, 2023**.

It is so ORDERED.

SIGNED this 1st day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE