UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Wildcat Licensing LLC,

vs.                                                          Case No.:  6:23-cv-00446

Autel Intelligent Technology and Autel Robotic

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Fan Liang, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Autel Robotics USA, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Arch & Lake LLP with offices at:

   Mailing address: 203 N LaSalle Street Suite 2100

   City, State, Zip Code: Chicago, IL, 60601

   Telephone: (256) 299-7366      Facsimile: 312-614-1873

2. Since Fan Liang, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 303031.

3. Applicant has been admitted to practice before the following courts:

   Court:                                Admission date:

   District of Delaware                  July 22, 2021

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 6:20-cv-00487-ADA on the 26 day of November, 2022.

Number: _____ on the ___ day of _____, ____.

Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: <u>Kelly Tidwell, Patton Tidwell & Culbertson, LLP</u>

Mailing address: <u>2800 Texas Boulevard</u>

City, State, Zip Code: <u>Texarkana, TX 75503</u>

Telephone: <u>903/792-7080</u>

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of <u>Fan Liang</u> to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

<u>Fan Liang</u>
[printed name of Applicant]

*Fan Liang*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the <u>13th</u> day of <u>September</u>, <u>2023</u>.

<u>Fan Liang</u>
[printed name of Applicant]

*Fan Liang*
[signature of Applicant]