IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WILDCAT LICENSING LLC,<br><br> *Plaintiff*,<br><br>v.<br><br>AUTEL INTELLIGENT TECHNOLOGY CO., LTD. and AUTEL ROBOTICS USA, LLC.,<br><br> *Defendants*. | CASE NO. 6:23-cv-00446-FB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Plaintiff Wildcat Licensing LLC ("Plaintiff") and Defendant Autel Robotics USA, LLC ("Defendant") (collectively, the "Parties") have reached a settlement of the above-captioned matter and have agreed to dismiss the claims and causes of action between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff stipulates the dismissal, with prejudice of all claims and causes of action asserted in this case. The Parties shall bear their own attorneys' fees, expenses, and costs.

1

| | |
|---|---|
| Dated: December 21, 2023 | Respectfully submitted, |
| */s/ Andrew G. DiNovo* | */s/ Geoffrey Culbertson* |
| Andrew G. DiNovo | Geoffrey Culbertson |
| Texas State Bar No. 00790594 | Texas Bar No. 24045732 |
| Christopher V. Goodpastor | Kelly Tidwell |
| Texas State Bar No. 00791991 | Texas Bar No. 20020580 |
| **DINOVO PRICE LLP** | Patton, Tidwell & Culbertson, LLP |
| 7000 N. MoPac Expressway, Suite 350 | 2800 Texas Boulevard (75503) |
| Austin, Texas 78731 | Post Office Box 5398 |
| Telephone: (512) 539-2626 | Texarkana, TX 75505-5398 |
| Facsimile: (512) 539-2627 | Telephone: (903) 792-7080 |
| adinovo@dinovoprice.com | Facsimile: (903) 792-8233 |
| cgoodpastor@dinovoprice.com | gpc@texarkanalaw.com |
| | kbt@texarkanalaw.com |
| ATTORNEYS FOR PLAINTIFF | |
| | Fan Liang (admitted *Pro Hac Vice*) |
| | Hao Tan (admitted *Pro Hac Vice*) |
| | **ARCH & LAKE LLP** |
| | 203 N. LaSalle St., Suite 2100 |
| | Chicago, IL 60601 |
| | Telephone: (312) 558-1369 |
| | Facsimile: (312) 614-1873 |
| | AlexLiang@archlakelaw.com |
| | HaoTan@archlakelaw.com |
| | |
| | ATTORNEYS FOR DEFENDANT |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

>        */s/  Andrew G. DiNovo*
>        Andrew G. DiNovo